IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELIPE JESUS PARRA-FLORES,<br><br>Defendant. | CR 13–15–GF–DLC<br><br>ORDER |

United States Magistrate Judge Keith Strong entered Findings and Recommendation in this matter on July 9, 2013. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Strong recommended this Court accept Felipe Jesus Parra-Flores' guilty plea after Parra-Flores appeared before him pursuant to Federal Rule of

1

Criminal Procedure 11, and entered his plea of guilty to one count of Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2), as set forth in the Indictment. Defendant further agrees to the forfeiture of a Toshiba laptop computer, serial # 9A046391K, a Toshiba hard drive, 500 GB, serial # 61SVC4FYTQQ6, and a Toshiba hard drive, 500 GB, serial # Y8QDF332SF55 as specified in the Plea Agreement. In exchange for Defendant's plea, the United States has agreed to dismiss Count II of the Indictment previously filed in this matter.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 25), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Felipe Jesus Parra-Flores' motion to change plea (doc. 18) is GRANTED.

DATED this 29th day of July 2013.

Dana L. Christensen, Chief District Judge
United States District Court